**Fill in this information to identify your case and this filing:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Juan** | **A.** | **Palacios** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **EASTERN DISTRICT OF TEXAS**

Case number **17-60850**
(if known)

☐ Check if this is an
amended filing

Official Form 106A/B

## Schedule A/B: Property                                             12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1.  **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

    ☐ No. Go to Part 2.
    ☑ Yes. Where is the property?

1.1.

**14715 Larkridge St**
Street address, if available, or other description

**Tyler**　　　　　**TX**　　**75709**
City　　　　　　State　　ZIP Code

**Smith**
County

**home & lot**

**What is the property?**
Check all that apply.

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other

**Who has an interest in the property?**
Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

Other information you wish to add about this item, such as local
property identification number:    **75709**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**

$168,000.00

**Current value of the portion you own?**

$168,000.00

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**fee simple**

☑ **Check if this is community property**
(see instructions)

2.  Add the dollar value of the portion you own for all of your entries from Part 1, including any
    entries for pages you have attached for Part 1. Write that number here.........................................➔    | $168,000.00 |

### Part 2:    Describe Your Vehicles

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not? Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3.  **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

    ☐ No
    ☑ Yes

Debtor 1    **Juan A. Palacios**    Case number (if known)    **17-60850**

---

**3.1.**

| | |
|---|---|
| Make: | **Chevrolet** |
| Model: | **Truck** |
| Year: | **1967** |
| Approximate mileage: | |

Other information:
**1967 Chevrolet Truck (not  running)**

**Who has an interest in the property?**
Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☑ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions.  Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$5,000.00** | **$5,000.00** |

---

**3.2.**

| | |
|---|---|
| Make: | **Ford** |
| Model: | **F150** |
| Year: | **1998** |
| Approximate mileage: | |

Other information:
**1998 Ford F150 (not running)**

**Who has an interest in the property?**
Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☑ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions.  Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$1,500.00** | **$1,500.00** |

---

**3.3.**

| | |
|---|---|
| Make: | **Ford** |
| Model: | **F150** |
| Year: | **1998** |
| Approximate mileage: | |

Other information:
**1998 Ford F150**

**Who has an interest in the property?**
Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☑ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions.  Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$3,500.00** | **$3,500.00** |

---

**4.** **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☑ No
☐ Yes

**5.** Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here............................................................➔    **$10,000.00**

---

| Part 3: | Describe Your Personal and Household Items |
|---|---|

Do you own or have any legal or equitable interest in any of the following items?

Current value of the portion you own?
Do not deduct secured claims or exemptions.

**6.** **Household goods and furnishings**
*Examples:* Major appliances, furniture, linens, china, kitchenware

☐ No
☑ Yes. Describe.....  **household goods & furniture**    **$2,000.00**

**7.** **Electronics**
*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

☐ No
☑ Yes.  Describe.....  **electronics/tv's**    **$1,500.00**

**8.** **Collectibles of value**
*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

☑ No
☐ Yes.  Describe.....

---

Debtor 1    **Juan A. Palacios** _____    Case number (if known) __17-60850__

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis;
   canoes and kayaks; carpentry tools; musical instruments

   ☑ No
   ☐ Yes.  Describe.....                                                                    _____

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

    ☑ No
    ☐ Yes.  Describe.....                                                                   _____

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

    ☐ No
    ☑ Yes.  Describe.....  **clothing**                                                     $500.00

12. **Jewelry**
    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems,
    gold, silver

    ☐ No
    ☑ Yes.  Describe.....  **jewelry**                                                      $200.00

13. **Non-farm animals**
    *Examples:* Dogs, cats, birds, horses

    ☐ No
    ☑ Yes.  Describe.....  **dog**                                                          $10.00

14. **Any other personal and household items you did not already list, including any health aids you
    did not list**

    ☑ No
    ☐ Yes.  Give specific
    information.............                                                                _____

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have
    attached for Part 3.  Write the number here.................................................................** ➔ | **$4,210.00** |

---

## Part 4:    Describe Your Financial Assets

Do you own or have any legal or equitable interest in any of the following?

**Current value of the
portion you own?**
Do not deduct secured
claims or exemptions.

16. **Cash**
    *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your
    petition

    ☑ No
    ☐ Yes.................................................................................. Cash: ........................    _____

17. **Deposits of money**
    *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions,
    brokerage houses, and other similar institutions.  If you have multiple accounts with the same
    institution, list each.

    ☐ No
    ☑ Yes...........................                Institution name:

       17.1.    Checking account:      **Checking account Southside Bank** _____    $698.00

Debtor 1   **Juan A. Palacios** _____   Case number (if known)  **17-60850**

18. **Bonds, mutual funds, or publicly traded stocks**
    *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
    ☑ No
    ☐ Yes........................... Institution or issuer name:

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
    ☑ No
    ☐ Yes.  Give specific
    information about
    them.......................... Name of entity:                                    % of ownership:

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
    ☑ No
    ☐ Yes.  Give specific
    information about
    them.......................... Issuer name:

21. **Retirement or pension accounts**
    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or
             profit-sharing plans
    ☑ No
    ☐ Yes.  List each
    account separately.    Type of account:        Institution name:

22. **Security deposits and prepayments**
    Your share of all unused deposits you have made so that you may continue service or use from a company
    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications
    companies, or others
    ☑ No
    ☐ Yes........................... Institution name or individual:

23. **Annuities**  (A contract for a specific periodic payment of money to you, either for life or for a number of years)
    ☑ No
    ☐ Yes........................... Issuer name and description:

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
    ☑ No
    ☐ Yes........................... Institution name and description.  Separately file the records of any interests. 11 U.S.C. § 521(c)

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
    ☑ No
    ☐ Yes.  Give specific                                              _____
    information about them

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property;**
    *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
    ☑ No
    ☐ Yes.  Give specific                                              _____
    information about them

27. **Licenses, franchises, and other general intangibles**
    *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
    ☑ No
    ☐ Yes.  Give specific                                              _____
    information about them

Debtor 1    **Juan A. Palacios** _____    Case number (if known)  **17-60850**

**Money or property owed to you?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**28.  Tax refunds owed to you**

☑ No
☐ Yes.  Give specific information
about them, including whether
you already filed the returns
and the tax years......................

Federal: _____

State: _____

Local: _____

**29.  Family support**
_Examples:_ Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☑ No
☐ Yes.  Give specific information

Alimony: _____

Maintenance: _____

Support: _____

Divorce settlement: _____

Property settlement: _____

**30.  Other amounts someone owes you**
_Examples:_ Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers'
compensation, Social Security benefits; unpaid loans you made to someone else

☑ No
☐ Yes.  Give specific information

_____

**31.  Interests in insurance policies**
_Examples:_ Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☑ No
☐ Yes.  Name the insurance
company of each policy
and list its value................    Company name:          Beneficiary:          Surrender or refund value:

**32.  Any interest in property that is due you from someone who has died**
If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently
entitled to receive property because someone has died

☑ No
☐ Yes.  Give specific information

_____

**33.  Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
_Examples:_ Accidents, employment disputes, insurance claims, or rights to sue

☑ No
☐ Yes.  Describe each claim........

_____

**34.  Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and
rights to set off claims**

☑ No
☐ Yes.  Describe each claim........

_____

**35.  Any financial assets you did not already list**

☑ No
☐ Yes.  Give specific information

_____

**36.  Add the dollar value of all of your entries from Part 4, including any entries for pages you have
attached for Part 4.  Write that number here...........................................................................** ➜  | $698.00 |

Debtor 1    **Juan A. Palacios** _____    Case number (if known)   **17-60850**

| **Part 5:** | **Describe Any Business-Related Property You Own or Have an Interest In.  List any real estate in Part 1.** |

**37.**   **Do you own or have any legal or equitable interest in any business-related property?**

☑ No.  Go to Part 6.
☐ Yes.  Go to line 38.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**38.**   **Accounts receivable or commissions you already earned**

☑ No
☐ Yes.  Describe..               _____

**39.**   **Office equipment, furnishings, and supplies**
*Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

☑ No
☐ Yes.  Describe..               _____

**40.**   **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

☑ No
☐ Yes.  Describe..               _____

**41.**   **Inventory**

☑ No
☐ Yes.  Describe..               _____

**42.**   **Interests in partnerships or joint ventures**

☑ No
☐ Yes.  Describe.....   Name of entity:             % of ownership:

**43.**   **Customer lists, mailing lists, or other compilations**

☑ No
☐ Yes. **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))?

     ☐ No
     ☐ Yes.  Describe.....             _____

**44.**   **Any business-related property you did not already list**

☑ No
☐ Yes.  Give specific information.

**45.**   **Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here**...................................................................... ➔   **$0.00**

| **Part 6:** | **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.** **If you own or have an interest in farmland, list it in Part 1.** |

**46.**   **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☑ No.  Go to Part 7.
☐ Yes.  Go to line 47.

Debtor 1   **Juan A. Palacios**                                    Case number (if known)   **17-60850**

**Current value of the
portion you own?**
Do not deduct secured
claims or exemptions.

47. **Farm animals**
    *Examples:* Livestock, poultry, farm-raised fish
    ☑ No
    ☐ Yes....                                                          _____

48. **Crops--either growing or harvested**
    ☑ No
    ☐ Yes.  Give specific
        information................                                    _____

49. **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**
    ☑ No
    ☐ Yes....                                                          _____

50. **Farm and fishing supplies, chemicals, and feed**
    ☑ No
    ☐ Yes....                                                          _____

51. **Any farm- and commercial fishing-related property you did not already list**
    ☑ No
    ☐ Yes.  Give specific
        information................                                    _____

52. **Add the dollar value of all of your entries from Part 6, including any entries for pages you have
    attached for Part 6. Write that number here.....................................................................➔**   | **$0.00** |

| **Part 7:** | **Describe All Property You Own or Have an Interest in That You Did Not List Above** |

53. **Do you have other property of any kind you did not already list?**
    *Examples:* Season tickets, country club membership
    ☑ No
    ☐ Yes.  Give specific information.

54. **Add the dollar value of all of your entries from Part 7.  Write that number here.............................➔**   | **$0.00** |

Debtor 1   **Juan A. Palacios**

Case number (if known)   **17-60850**

---

| Part 8: | List the Totals of Each Part of this Form |

55. **Part 1: Total real estate, line 2**.......................................................................................................➔   $168,000.00

56. **Part 2: Total vehicles, line 5**   $10,000.00

57. **Part 3: Total personal and household items, line 15**   $4,210.00

58. **Part 4: Total financial assets, line 36**   $698.00

59. **Part 5: Total business-related property, line 45**   $0.00

60. **Part 6: Total farm- and fishing-related property, line 52**   $0.00

61. **Part 7: Total other property not listed, line 54**   +   $0.00

62. **Total personal property.**   Add lines 56 through 61..................   $14,908.00   Copy personal property total ➔   +   $14,908.00

63. **Total of all property on Schedule A/B.**   Add line 55 + line 62...............................................................   $182,908.00

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Juan** | **A.** | **Palacios** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **EASTERN DISTRICT OF TEXAS**

Case number **17-60850**
(if known)

☐ Check if this is an
   amended filing

## Official Form 106C

## Schedule C: The Property You Claim as Exempt          04/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of    *Part 2: Additional Page*    as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions--such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds--may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

### Part 1:      Identify the Property You Claim as Exempt

1.  **Which set of exemptions are you claiming?**       *Check one only, even if your spouse is filing with you.*

    ☑ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)
    ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2.  **For any property you list on** *Schedule A/B* **that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description: **home & lot** **Parcel: 75709** Line from *Schedule A/B*: __1.1__ | $168,000.00 | ☑ __$46,136.64__ ☐ 100% of fair market value, up to any applicable statutory limit | **Const. art. 16 §§ 50, 51, Texas Prop. Code §§ 41.001-.002** |
| Brief description: **1967 Chevrolet Truck (not running)** Line from *Schedule A/B*: __3.1__ | $5,000.00 | ☑ __$5,000.00__ ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(9)** |

3.  **Are you claiming a homestead exemption of more than $160,375?**

    (Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)

    ☑ No
    ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
       ☐ No
       ☐ Yes

Debtor 1    **Juan A. Palacios**                                              Case number (if known)    **17-60850**

| Part 2: | Additional Page |
| --- | --- |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
| --- | --- | --- | --- |
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description: **1998 Ford F150 (not running)** Line from *Schedule A/B*: **3.2** | **$1,500.00** | ☑ **$1,500.00** ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(9)** |
| Brief description: **1998 Ford F150** Line from *Schedule A/B*: **3.3** | **$3,500.00** | ☑ **$3,500.00** ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(9)** |
| Brief description: **household goods & furniture** Line from *Schedule A/B*: **6** | **$2,000.00** | ☑ **$2,000.00** ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **electronics/tv's** Line from *Schedule A/B*: **7** | **$1,500.00** | ☑ **$1,500.00** ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **clothing** Line from *Schedule A/B*: **11** | **$500.00** | ☑ **$500.00** ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(5)** |
| Brief description: **jewelry** Line from *Schedule A/B*: **12** | **$200.00** | ☑ **$200.00** ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(6)** |
| Brief description: **dog** Line from *Schedule A/B*: **13** | **$10.00** | ☑ **$10.00** ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(11)** |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Juan** | **A.** | **Palacios** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **EASTERN DISTRICT OF TEXAS**

Case number **17-60850**
(if known)

☐ Check if this is an
amended filing

Official Form 106D

## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.  If two married people are filing together, both are equally responsible for supplying
correct information.  If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form.
On the top of any additional pages, write your name and case number (if known).

1.  **Do any creditors have claims secured by your property?**

☐ No.  Check this box and submit this form to the court with your other schedules.  You have nothing else to report on this form.
☑ Yes.  Fill in all of the information below.

### Part 1:   List All Secured Claims

2.  **List all secured claims.**  If a creditor has more than one secured
    claim, list the creditor separately for each claim.  If more than one
    creditor has a particular claim, list the other creditors in Part 2.  As
    much as possible, list the claims in alphabetical order according to the
    creditor's name.

| | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral | Column B<br>**Value of collateral**<br>**that supports this**<br>**claim** | Column C<br>**Unsecured**<br>**portion**<br>If any |
|---|---|---|---|

| 2.1 | | | | |
|---|---|---|---|---|

**Carrington Mortgage Services, LLC**
Creditor's name
**PO BOX 3730**
Number   Street

**Describe the property that
secures the claim:**

**home**

| Column A | Column B | Column C |
|---|---|---|
| $100,000.00 | $168,000.00 | |

| | | | |
|---|---|---|---|
| **Anaheim** | **CA** | **92803** | |
| City | State | ZIP Code | |

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?**  Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☑ **Check if this claim relates
to a community debt**

**Date debt was incurred**   **2008**

**Nature of lien.**  Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)
   **Purchase Money**

**Last 4 digits of account number**   **1   5   0   1**

Add the dollar value of your entries in Column A on this page.  Write
that number here:

| $100,000.00 |
|---|

Debtor 1  **Juan A. Palacios** _____   Case number (if known) **17-60850**

| | | Column A | Column B | Column C |
|---|---|---|---|---|
| **Part 1:** | **Additional Page** After listing any entries on this page, number them sequentially from the previous page. | **Amount of claim** Do not deduct the value of collateral | **Value of collateral that supports this claim** | **Unsecured portion** If any |

---

**2.2**

**Ovation Services**
Creditor's name
**8401 Datapoint Dr., Suite 1000**
Number     Street

Describe the property that secures the claim:

**home & lot-Property Tax**

Column A: $18,965.36    Column B: $18,965.36

_____

**San Antonio     TX    78229**
City          State   ZIP Code

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☑ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)
   **Non-Purchase Money**

Date debt was incurred  **various**     Last 4 digits of account number ___ ___ ___ ___

---

**2.3**

**Smith County**
Creditor's name
**c/o Linebarger, et al**
Number     Street
**2777 N. Stemmons Frwy, Ste. 1000**

Describe the property that secures the claim:

**Property Taxes**

Column A: $988.00    Column B: $168,000.00

_____

**Dallas          TX    75207**
City          State   ZIP Code

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☑ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)
   **Non-Purchase Money**

Date debt was incurred  **2018**     Last 4 digits of account number ___ ___ ___ ___

---

Add the dollar value of your entries in Column A on this page. Write that number here:

**$19,953.36**

Debtor 1 **Juan A. Palacios**      Case number (if known) **17-60850**

| Part 1: | **Additional Page** After listing any entries on this page, number them sequentially from the previous page. | *Column A* **Amount of claim** Do not deduct the value of collateral | *Column B* **Value of collateral that supports this claim** | *Column C* **Unsecured portion** If any |
|---|---|---|---|---|

**2.4**

**Smith County**
Creditor's name
**c/o Linebarger, et al**
Number   Street
**2777 N. Stemmons Frwy, Ste. 1000**

Describe the property that
secures the claim:      **$988.00**      **$988.00**

**Property Taxes**

**Dallas**     **TX   75207**
City            State   ZIP Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☑ **Check if this claim relates
to a community debt**

Date debt was incurred   **Various**

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)
     **Mortgage arrears**

Last 4 digits of account number  ___ ___ ___ ___

**2.5**

**Tyler ISD**
Creditor's name
**c/o Tab Beall**
Number   Street
**PO Box 2007**

Describe the property that
secures the claim:      **$1,910.00**      **$168,000.00**

**Property taxes**

**Tyler**     **TX   75710-2007**
City            State   ZIP Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☑ **Check if this claim relates
to a community debt**

Date debt was incurred   **2018**

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)
     **Non-Purchase Money**

Last 4 digits of account number  ___ ___ ___ ___

Add the dollar value of your entries in Column A on this page.  Write
that number here:      **$2,898.00**

Debtor 1    **Juan A. Palacios**                                        Case number (if known)    **17-60850**

| Part 1: | Additional Page<br>After listing any entries on this page, number them<br>sequentially from the previous page. | *Column A*<br>**Amount of claim**<br>Do not deduct the<br>value of collateral | *Column B*<br>**Value of collateral**<br>**that supports this**<br>**claim** | *Column C*<br>**Unsecured**<br>**portion**<br>If any |
|---|---|---|---|---|

2.6

**Tyler ISD**
Creditor's name
**c/o Tab Beall**
Number    Street
**PO Box 2007**

Describe the property that
secures the claim:                      $1,909.07        $1,909.07

**Property taxes**

**Tyler                   TX    75710-2007**
City                        State    ZIP Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)
    **Mortgage arrears**

☑ **Check if this claim relates**
   **to a community debt**

**Date debt was incurred**    Various        **Last 4 digits of account number**    ___ ___ ___ ___

Add the dollar value of your entries in Column A on this page.  Write
that number here:                                          $1,909.07

If this is the last page of your form, add the dollar value totals from
all pages.  Write that number here:                        $124,760.43

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Juan** | **A.** | **Palacios** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF TEXAS** | | |
| Case number (if known) | **17-60850** | | |

☐ Check if this is an amended filing

Official Form 106E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Hold Claims Secured by Property.* If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

### Part 1:    List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**

   ☐ No. Go to Part 2.
   ☑ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If more space is needed for priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|
| **2.1** | $3,898.00 | $3,898.00 | $0.00 |

**William H. Lively, Jr., P. C.**
Priority Creditor's Name
**432 S. Bonner Ave.**
Number        Street

Last 4 digits of account number ___ ___ ___ ___

When was the debt incurred? **11/20/2017**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Tyler            TX      75702**
City                State    ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Type of PRIORITY unsecured claim:
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify
**Attorney fees for this case**

Debtor 1    **Juan A. Palacios**                                    Case number (if known)    **17-60850**

| **Part 2:** | **List All of Your NONPRIORITY Unsecured Claims** |

**3.    Do any creditors have nonpriority unsecured claims against you?**

☐    No.  You have nothing to report in this part.  Submit this form to the court with your other schedules.

☑    Yes

**4.    List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.**
    If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim.  For each claim listed, identify what
    type of claim it is.  Do not list claims already included in Part 1.  If more than one creditor holds a particular claim, list the other creditors in
    Part 3.  If more space is needed for nonpriority unsecured claims, fill out the Continuation Page of Part 2.

|  |  | Total claim |
|--|--|:--|

**4.1**                                                                                                                                          **$41.00**

**Merchants & Professional Credit Bureau**        Last 4 digits of account number    **5    8    1    2**
Nonpriority Creditor's Name
**5508 Parkcrest Dr**                             **When was the debt incurred?**    **11/2015**
Number        Street
                                                 **As of the date you file, the claim is:** Check all that apply.
                                                 ☐    Contingent
                                                 ☐    Unliquidated
                                                 ☐    Disputed

**Austin**                    **TX    78731**
City                          State    ZIP Code
**Who incurred the debt?**    Check one.          **Type of NONPRIORITY unsecured claim:**
☑    Debtor 1 only                               ☐    Student loans
☐    Debtor 2 only                               ☐    Obligations arising out of a separation agreement or divorce
☐    Debtor 1 and Debtor 2 only                       that you did not report as priority claims
☐    At least one of the debtors and another     ☐    Debts to pension or profit-sharing plans, and other similar debts
                                                 ☑    Other.  Specify
☐    **Check if this claim is for a community debt**
                                                 **Collecting for -TYLER RADIOLOGY ASSOC-N**
**Is the claim subject to offset?**
☑    No
☐    Yes

**4.2**                                                                                                                                          **$3,621.00**

**Optimum Outcomes, Inc**                         Last 4 digits of account number    **7    6    0    6**
Nonpriority Creditor's Name
**2651 Warrenville Rd Ste 500**                   **When was the debt incurred?**    **04/2015**
Number        Street
                                                 **As of the date you file, the claim is:** Check all that apply.
                                                 ☐    Contingent
                                                 ☐    Unliquidated
                                                 ☐    Disputed

**Downers Grove**             **IL    60515**
City                          State    ZIP Code
**Who incurred the debt?**    Check one.          **Type of NONPRIORITY unsecured claim:**
☑    Debtor 1 only                               ☐    Student loans
☐    Debtor 2 only                               ☐    Obligations arising out of a separation agreement or divorce
☐    Debtor 1 and Debtor 2 only                       that you did not report as priority claims
☐    At least one of the debtors and another     ☐    Debts to pension or profit-sharing plans, and other similar debts
                                                 ☑    Other.  Specify
☐    **Check if this claim is for a community debt**
                                                 **Collecting for -CHRISTUS TRINITY MOTHER FRANCE**
**Is the claim subject to offset?**
☑    No
☐    Yes

Debtor 1    **Juan A. Palacios**                                         Case number (if known)   **17-60850**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.3 | | $209.00 |

**Optimum Outcomes, Inc**
Nonpriority Creditor's Name
**2651 Warrenville Rd Ste 500**
Number    Street

**Downers Grove        IL     60515**
City                State    ZIP Code

**Who incurred the debt?**   Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number    0   7   3   3**
**When was the debt incurred?    10/2014**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Collecting for -CHRISTUS TRINITY MOTHER FRANCE**

| 4.4 | | $513.00 |

**Portfolio Recovery**
Nonpriority Creditor's Name
**PO Box 41067**
Number    Street

**Norfolk        VA     23541**
City                State    ZIP Code

**Who incurred the debt?**   Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number    9   3   4   1**
**When was the debt incurred?    01/20/2015**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Collecting for - HSBC BANK NEVADA N.A.**

| 4.5 | | $613.00 |

**Sarma Collections, Inc**
Nonpriority Creditor's Name
**555 E. Ramsey Rd**
Number    Street

**San Antonio        TX     78216**
City                State    ZIP Code

**Who incurred the debt?**   Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number    0   8   4   2**
**When was the debt incurred?    01/2014**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Collecting for -AIRROSTI REHAB CENTERS LLC**

Debtor 1    **Juan A. Palacios**                                    Case number (if known)    **17-60850**

| Part 3: | List Others to Be Notified About a Debt That You Already Listed |
|---|---|

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional parties to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

---

**Creel Law Group, PLLC**
Name
**4301 Westbank Dr., Ste. 220**
Number    Street

**Attorney for -Ovation Services, LLC**

**Austin**          **TX**    **78746**
City          State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

---

**CT Corp. System**
Name
**1999 Bryan St., Ste. 900**
Number    Street

**Registered agent for Citifinancial Servicing**

**Dallas**          **TX**    **75201**
City          State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

---

**IRS**
Name
**PO BOX 7346**
Number    Street

**Required Notification**

**Philadelphia**          **PA**    **19101**
City          State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

---

**Lois Rogers**
Name
**Smith County District Clerk**
Number    Street
**100 N. Broadway, Room 204**

**Tyler**          **TX**    **75702**
City          State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

---

**Office of the Attorney General**
Name
**Child Support Division**
Number    Street
**3520 Robertson Road, Ste. 501**

**Required Notification**

**Tyler**          **TX**    **75701**
City          State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

---

Debtor 1    **Juan A. Palacios**                                    Case number (if known) __17-60850__

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed -- Continuation Page** |

**Office of the U. S. Trustee**
Name
**110 N. College, Suite 300**
Number        Street


**Tyler**                **TX**    **75702**
City                      State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line ____ of *(Check one):*    ☐ Part 1: Creditors with Priority Unsecured Claims
**Required Notification**          ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

---

**Standing Chapter 13 Trustee**
Name
**110 N. College, 12th Floor**
Number        Street


**Tyler**                **TX**    **75702**
City                      State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line ____ of *(Check one):*    ☐ Part 1: Creditors with Priority Unsecured Claims
**Required Notification**          ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

---

**Texas Comptroller of Public Accounts**
Name
**Revenue Accounting Div-Bankruptcy Sectio**
Number        Street
**PO BOX 13528**


**Austin**              **TX**    **78711-3528**
City                      State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line ____ of *(Check one):*    ☐ Part 1: Creditors with Priority Unsecured Claims
**Required Notification**          ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

---

**Texas Workforce Commission**
Name
**P.O. Box 149080**
Number        Street


**Austin**              **TX**    **78714-9080**
City                      State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line ____ of *(Check one):*    ☐ Part 1: Creditors with Priority Unsecured Claims
**Required Notification**          ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

---

**United States Attorney**
Name
**110 North College**
Number        Street
**Suite 700**


**Tyler**                **TX**    **75702**
City                      State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line ____ of *(Check one):*    ☐ Part 1: Creditors with Priority Unsecured Claims
**Required Notification**          ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

Debtor 1   **Juan A. Palacios**                                    Case number (if known)   **17-60850**

| Part 4: | Add the Amounts for Each Type of Unsecured Claim |
|---|---|

6.   Total the amounts of certain types of unsecured claims.  This information is for statistical reporting purposes only.
28 U.S.C. § 159.  Add the amounts for each type of unsecured claim.

|  |  |  | Total claim |
|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | $0.00 |
|  | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $0.00 |
|  | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $0.00 |
|  | 6d. | **Other.**  Add all other priority unsecured claims.  Write that amount here. | 6d. + | $3,898.00 |
|  | 6e. | **Total.**  Add lines 6a through 6d. | 6d. | $3,898.00 |

|  |  |  | Total claim |
|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | $0.00 |
|  | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $0.00 |
|  | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $0.00 |
|  | 6i. | **Other.**  Add all other nonpriority unsecured claims.  Write that amount here. | 6i. + | $4,997.00 |
|  | 6j. | **Total.**  Add lines 6f through 6i. | 6j. | $4,997.00 |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Juan** | **A.** | **Palacios** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **EASTERN DISTRICT OF TEXAS**

Case number **17-60850**
(if known)

☐ Check if this is an amended filing

Official Form 106G

# Schedule G: Executory Contracts and Unexpired Leases

**12/15**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1. **Do you have any executory contracts or unexpired leases?**

   ☑ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.

   ☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

   **Person or company with whom you have the contract or lease**          **State what the contract or lease is for**

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Juan** | **A.** | **Palacios** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **EASTERN DISTRICT OF TEXAS**

Case number **17-60850**
(if known)

☐ Check if this is an
amended filing

Official Form 106H

## Schedule H: Your Codebtors

12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

1. **Do you have any codebtors?**    (If you are filing a joint case, do not list either spouse as a codebtor.)

   ☐ No
   ☑ Yes

2. **Within the last 8 years, have you lived in a community property state or territory?**    *(Community property states and territories include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)*

   ☐ No. Go to line 3.
   ☑ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

      ☐ No
      ☑ Yes

      In which community state or territory did you live?    **Texas**    Fill in the name and current address of that person.

      **Gabrielle  Palacios**
      Name of your spouse, former spouse, or legal equivalent
      **unknown**
      Number        Street

      _____

      City                        State        ZIP Code

3. **In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on** *Schedule D* **(Official Form 106D),** *Schedule E/F* **(Official Form 106E/F), or** *Schedule G* **(Official Form 106G). Use** *Schedule D, Schedule E/F, or Schedule G* **to fill out Column 2.**

   *Column 1:* **Your codebtor**

   *Column 2:* **The creditor to whom you owe the debt**

   Check all schedules that apply:

   | 3.1 | **Gabrielle Palacios** |
   |---|---|
   | | Name |

   Number        Street

   City                        State        ZIP Code

   ☑ Schedule D, line __**2.1**__
   ☐ Schedule E/F, line _____
   ☐ Schedule G, line _____
   **Carrington Mortgage Services, LLC**

Debtor 1    **Juan A. Palacios**                                    Case number (if known)  **17-60850**

███   **Additional Page to List More Codebtors**

Column 1:  **Your codebtor**                    Column 2:  **The creditor to whom you owe the debt**

Check all schedules that apply:

**3.2**   **Gabrielle Palacios**
Name
☑ Schedule D, line  **2.2**
☐ Schedule E/F, line
☐ Schedule G, line
**Ovation Services**

Number    Street

City              State       ZIP Code

**3.3**   **Gabrielle Palacios**
Name
☑ Schedule D, line  **2.5**
☐ Schedule E/F, line
☐ Schedule G, line
**Tyler ISD**

Number    Street

City              State       ZIP Code

**3.4**   **Gabrielle Palacios**
Name
☑ Schedule D, line  **2.4**
☐ Schedule E/F, line
☐ Schedule G, line
**Smith County**

Number    Street

City              State       ZIP Code

**3.5**   **Gabrielle Palacios**
Name
☑ Schedule D, line  **2.3**
☐ Schedule E/F, line
☐ Schedule G, line
**Smith County**

Number    Street

City              State       ZIP Code

**3.6**   **Garbielle Palacios**
Name
☑ Schedule D, line  **2.6**
☐ Schedule E/F, line
☐ Schedule G, line
**Tyler ISD**

Number    Street

City              State       ZIP Code

**3.7**   **Spouse Name Not Entered**
Name
☑ Schedule D, line  **2.1**
☐ Schedule E/F, line
☐ Schedule G, line
**Carrington Mortgage Services, LLC**

Number    Street

City              State       ZIP Code

Debtor 1    **Juan A. Palacios**                                    Case number (if known)  **17-60850**

## ■ Additional Page to List More Codebtors

*Column 1:* **Your codebtor**                                *Column 2:* **The creditor to whom you owe the debt**

Check all schedules that apply:

| 3.8 | **Spouse Name Not Entered** | |
|---|---|---|
| | Name | |

☐ Schedule D, line _____
☑ Schedule E/F, line    **5.1**
☐ Schedule G, line _____
**Creel Law Group, PLLC**

| 3.9 | **Spouse Name Not Entered** |
|---|---|
| | Name |

☐ Schedule D, line _____
☑ Schedule E/F, line    **5.2**
☐ Schedule G, line _____
**CT Corp. System**

| 3.10 | **Spouse Name Not Entered** |
|---|---|
| | Name |

☐ Schedule D, line _____
☑ Schedule E/F, line    **5.4**
☐ Schedule G, line _____
**Lois Rogers**

| 3.11 | **Spouse Name Not Entered** |
|---|---|
| | Name |

☑ Schedule D, line    **2.2**
☐ Schedule E/F, line _____
☐ Schedule G, line _____
**Ovation Services**

| 3.12 | **Spouse Name Not Entered** |
|---|---|
| | Name |

☑ Schedule D, line    **2.3**
☐ Schedule E/F, line _____
☐ Schedule G, line _____
**Smith County**

| 3.13 | **Spouse Name Not Entered** |
|---|---|
| | Name |

☑ Schedule D, line    **2.4**
☐ Schedule E/F, line _____
☐ Schedule G, line _____
**Smith County**

Debtor 1    **Juan A. Palacios** _____    Case number (if known)  **17-60850**

## Additional Page to List More Codebtors

Column 1:  **Your codebtor**                     Column 2:  **The creditor to whom you owe the debt**

Check all schedules that apply:

| 3.14 | **Spouse Name Not Entered** |
|---|---|

Name

Number     Street

_____

City                    State       ZIP Code

☑ Schedule D, line    **2.5**
☐ Schedule E/F, line _____
☐ Schedule G, line _____
**Tyler ISD**

| 3.15 | **Spouse Name Not Entered** |
|---|---|

Name

Number     Street

_____

City                    State       ZIP Code

☑ Schedule D, line    **2.6**
☐ Schedule E/F, line _____
☐ Schedule G, line _____
**Tyler ISD**

| 3.16 | **Spouse Name Not Entered** |
|---|---|

Name

Number     Street

_____

City                    State       ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **2.1**
☐ Schedule G, line _____
**William H. Lively, Jr., P. C.**

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Juan** | **A.** | **Palacios** |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | | | |
| | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF TEXAS** | | |
| Case number (if known) | **17-60850** | | |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD / YYYY

Official Form 106I

# Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:   Describe Employment

**1.   Fill in your employment information.**

If you have more than one job, attach a separate page with information about additional employers.

Include part-time, seasonal, or self-employed work.

Occupation may include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| **Employment status** | ☑ Employed<br>☐ Not employed | ☐ Employed<br>☑ Not employed |
| **Occupation** | Electrician | |
| **Employer's name** | Daystar Electric | |
| **Employer's address** | PO BOX 8660 | |
| | Number  Street | Number  Street |
| | | |
| | Tyler          TX    75711 | |
| | City          State  Zip Code | City          State  Zip Code |
| **How long employed there?** | 14 years | |

## Part 2:   Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $4,093.72 | $0.00 |
| 3. | Estimate and list monthly overtime pay. | 3. + | $0.00 | $0.00 |
| 4. | Calculate gross income. Add line 2 + line 3. | 4. | $4,093.72 | $0.00 |

Debtor 1    **Juan A. Palacios**                                            Case number (if known)  **17-60850**

|  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| | Copy line 4 here ........................................................ **➔** 4. | **$4,093.72** | **$0.00** |
| **5.** | **List all payroll deductions:** | | |
| | **5a.** Tax, Medicare, and Social Security deductions    5a. | **$737.86** | **$0.00** |
| | **5b.** Mandatory contributions for retirement plans    5b. | **$0.00** | **$0.00** |
| | **5c.** Voluntary contributions for retirement plans    5c. | **$0.00** | **$0.00** |
| | **5d.** Required repayments of retirement fund loans    5d. | **$0.00** | **$0.00** |
| | **5e.** Insurance    5e. | **$114.26** | **$0.00** |
| | **5f.** Domestic support obligations    5f. | **$0.00** | **$0.00** |
| | **5g.** Union dues    5g. | **$0.00** | **$0.00** |
| | **5h.** Other deductions.    Specify: _____    5h. **+** | **$0.00** | **$0.00** |
| **6.** | **Add the payroll deductions.**    Add lines 5a + 5b + 5c + 5d + 5e + 5f + 5g + 5h.    6. | **$852.12** | **$0.00** |
| **7.** | **Calculate total monthly take-home pay.**    Subtract line 6 from line 4.    7. | **$3,241.60** | **$0.00** |
| **8.** | **List all other income regularly received:** | | |
| | **8a.** Net income from rental property and from operating a business, profession, or farm    8a. | **$0.00** | **$0.00** |
| | Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | | |
| | **8b.** Interest and dividends    8b. | **$0.00** | **$0.00** |
| | **8c.** Family support payments that you, a non-filing spouse, or a dependent regularly receive    8c. | **$0.00** | **$0.00** |
| | Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | | |
| | **8d.** Unemployment compensation    8d. | **$0.00** | **$0.00** |
| | **8e.** Social Security    8e. | **$0.00** | **$0.00** |
| | **8f.** Other government assistance that you regularly receive | | |
| | Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.    Specify: _____    8f. | **$0.00** | **$0.00** |
| | **8g.** Pension or retirement income    8g. | **$0.00** | **$0.00** |
| | **8h.** Other monthly income.    Specify:  **See continuation sheet**    8h. **+** | **$650.00** | **$0.00** |
| **9.** | **Add all other income.**    Add lines 8a + 8b + 8c + 8d + 8e + 8f + 8g + 8h.    9. | **$650.00** | **$0.00** |
| **10.** | **Calculate monthly income.**    Add line 7 + line 9.    10.    Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | **$3,891.60** **+** | **$0.00** **=** **$3,891.60** |

**11.** **State all other regular contributions to the expenses that you list in Schedule J.**
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in Schedule J.

Specify: _____    11. **+**    **$0.00**

**12.** **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income. Write that amount on the Summary of Your Assets and Liabilities and Certain Statistical Information, if it applies.    12.    **$3,891.60**

**Combined monthly income**

**13.** **Do you expect an increase or decrease within the year after you file this form?**

☐ No.

☑ Yes. Explain:    **Debtor occasionally does electrical work outside of his normal employment and is compensated on a per job basis.  This income fluctuates and is never guaranteed.**

Debtor 1   **Juan A. Palacios**                                    Case number (if known)   **17-60850**

| 8h. | **Other Monthly Income (details)** | **For Debtor 1** | **For Debtor 2 or non-filing spouse** |
|---|---|---|---|
| | tax refunds | $250.00 | |
| | outside electrical work | $400.00 | |
| | Totals: | $650.00 | $0.00 |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Juan** | **A.** | **Palacios** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF TEXAS** | | |
| Case number (if known) | **17-60850** | | |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

Official Form 106J

# Schedule J: Your Expenses

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:    Describe Your Household

**1. Is this a joint case?**

☒ No. Go to line 2.

☐ Yes. **Does Debtor 2 live in a separate household?**

    ☐ No

    ☐ Yes. Debtor 2 must file Official Form 106J-2, Expenses for Separate Household of Debtor 2.

**2. Do you have dependents?**

Do not list Debtor 1 and Debtor 2.

Do not state the dependents' names.

☐ No

☒ Yes. Fill out this information for each dependent..................

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| son | 17 | ☐ No  ☒ Yes |
| daughter | 22 | ☐ No  ☒ Yes |
| daughter | 24 | ☐ No  ☒ Yes |
| | | ☐ No  ☐ Yes |
| | | ☐ No  ☐ Yes |

**3. Do your expenses include expenses of people other than yourself and your dependents?**

☒ No

☐ Yes

## Part 2:    Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental Schedule J, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on Schedule I: Your Income (Official Form 106I.)

|  |  | Your expenses |
|---|---|---|
| **4.** | **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot. | 4.      $750.00 |
| | If not included in line 4: | |
| 4a. | Real estate taxes | 4a.      $192.00 |
| 4b. | Property, homeowner's, or renter's insurance | 4b.      $180.00 |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. |
| 4d. | Homeowner's association or condominium dues | 4d. |

Debtor 1    **Juan A. Palacios** _____    Case number (if known)  **17-60850**

**Your expenses**

5.   **Additional mortgage payments for your residence,** such as home equity loans    5.   _____

6.   **Utilities:**

   6a.   Electricity, heat, natural gas    6a.   _____ **$250.00**

   6b.   Water, sewer, garbage collection    6b.   _____ **$30.00**

   6c.   Telephone, cell phone, Internet, satellite, and cable services    6c.   _____ **$217.00**

   6d.   Other.  Specify:   __cell phones_____    6d.   _____ **$390.00**

7.   **Food and housekeeping supplies**    7.   _____ **$400.00**

8.   **Childcare and children's education costs**    8.   _____

9.   **Clothing, laundry, and dry cleaning**    9.   _____

10.  **Personal care products and services**    10.  _____

11.  **Medical and dental expenses**    11.  _____ **$50.00**

12.  **Transportation.**  Include gas, maintenance, bus or train fare.  Do not include car payments.    12.  _____ **$300.00**

13.  **Entertainment, clubs, recreation, newspapers, magazines, and books**    13.  _____

14.  **Charitable contributions and religious donations**    14.  _____

15.  **Insurance.**

Do not include insurance deducted from your pay or included in lines 4 or 20.

   15a.   Life insurance    15a.   _____

   15b.   Health insurance    15b.   _____

   15c.   Vehicle insurance    15c.   _____ **$460.00**

   15d.   Other insurance.  Specify: _____    15d.   _____

16.  **Taxes.**    Do not include taxes deducted from your pay or included in lines 4 or 20.
Specify: _____    16.  _____

17.  **Installment or lease payments:**

   17a.   Car payments for Vehicle 1    17a.   _____

   17b.   Car payments for Vehicle 2    17b.   _____

   17c.   Other.  Specify: _____    17c.   _____

   17d.   Other.  Specify: _____    17d.   _____

18.  **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, Schedule I, Your Income (Official Form 106I).**    18.   _____

19.  **Other payments you make to support others who do not live with you.**
Specify: _____    19.   _____

Debtor 1   **Juan A. Palacios** _____   Case number (if known)  **17-60850** _____

**20. Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income.**

20a.   Mortgages on other property                                          20a.   _____

20b.   Real estate taxes                                                     20b.   _____

20c.   Property, homeowner's, or renter's insurance                          20c.   _____

20d.   Maintenance, repair, and upkeep expenses                             20d.   _____

20e.   Homeowner's association or condominium dues                          20e.   _____

**21. Other.** Specify: _____      21.   **+** _____

**22. Calculate your monthly expenses.**

22a.   Add lines 4 through 21.                                              22a.   | $3,219.00 |

22b.   Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2.   22b.   _____

22c.   Add line 22a and 22b.  The result is your monthly expenses.          22c.   | $3,219.00 |

**23. Calculate your monthly net income.**

23a.   Copy line 12 (your combined monthly income) from Schedule I.         23a.   _____ $3,891.60

23b.   Copy your monthly expenses from line 22c above.                      23b.   **−** _____ $3,219.00

23c.   Subtract your monthly expenses from your monthly income.
       The result is your monthly net income.                              23c.   | _____ $672.60 |

**24. Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☑ No.

☐ Yes.   Explain here:
         **None.**

Official Form 106J                          **Schedule J: Your Expenses**                          page 3

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Juan**<br>First Name | **A.**<br>Middle Name | **Palacios**<br>Last Name |
| Debtor 2<br>(Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **EASTERN DISTRICT OF TEXAS**

Case number
(if known)   **17-60850**

☐ Check if this is an
amended filing

Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new Summary and check the box at the top of this page.

### Part 1:    Summarize Your Assets

**Your assets**
Value of what you own

1. *Schedule A/B: Property* (Official Form 106A/B)

   1a. Copy line 55, Total real estate, from Schedule A/B.......................................................................... **$168,000.00**

   1b. Copy line 62, Total personal property, from Schedule A/B................................................................ **$14,908.00**

   1c. Copy line 63, Total of all property on Schedule A/B........................................................................ **$182,908.00**

### Part 2:    Summarize Your Liabilities

**Your liabilities**
Amount you owe

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)
   2a. Copy the total you listed in Column A, Amount of claim, at the bottom of the last page of Part 1 of Schedule D..... **$124,760.43**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)
   3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of Schedule E/F................................... **$3,898.00**

   3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of Schedule E/F............................ **+ $4,997.00**

   **Your total liabilities** **$133,655.43**

### Part 3:    Summarize Your Income and Expenses

4. *Schedule I: Your Income* (Official Form 106I)
   Copy your combined monthly income from line 12 of Schedule I.............................................................. **$3,891.60**

5. *Schedule J: Your Expenses* (Official Form 106J)
   Copy your monthly expenses from line 22c of Schedule J...................................................................... **$3,219.00**

Debtor 1    **Juan A. Palacios**                                         Case number (if known)  **17-60850**

| Part 4: | Answer These Questions for Administrative and Statistical Records |
|---------|------------------------------------------------------------------|

**6.    Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐   No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

☑   Yes

**7.    What kind of debt do you have?**

☑   **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9 for statistical purposes. 28 U.S.C. § 159.

☐   **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

**8.    From the** *Statement of Your Current Monthly Income:* Copy your total current monthly income from
Official Form 122A-1 Line 11; **OR,** Form 122B Line 11; **OR,** Form 122C-1 Line 14.

| $5,149.72 |
|-----------|

**9.    Copy the following special categories of claims from Part 4, line 6 of** *Schedule E/F:*

Total claim

From Part 4 on *Schedule E/F,* copy the following:

9a.   Domestic support obligations.  (Copy line 6a.)                                         $0.00

9b.   Taxes and certain other debts you owe the government.  (Copy line 6b.)                 $0.00

9c.   Claims for death or personal injury while you were intoxicated.  (Copy line 6c.)       $0.00

9d.   Student loans.  (Copy line 6f.)                                                        $0.00

9e.   Obligations arising out of a separation agreement or divorce that you did not report as
      priority claims.  (Copy line 6g.)                                                      $0.00

9f.   Debts to pension or profit-sharing plans, and other similar debts.  (Copy line 6h.)  + $0.00

9g.   **Total.**  Add lines 9a through 9f.                                                   $0.00

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Juan** | **A.** | **Palacios** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **EASTERN DISTRICT OF TEXAS**

Case number **17-60850**
(if known)

☐ Check if this is an
   amended filing

Official Form 106Dec

## Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes.  Name of person _____   Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X **/s/ Juan A. Palacios** _____      X _____
   Juan A. Palacios, Debtor 1                          Signature of Debtor 2

Date **11/30/2017** _____                   Date _____
   MM / DD / YYYY                                           MM / DD / YYYY